177 A.3d 110

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER,
v. ANTHONY IRIZARRY A/K/A TONE,
DEFENDANT-RESPONDENT.

C–422 September Term 2017
079684

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001518–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 110

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BARRINGTON G. MCDONALD, DEFENDANT-
MOVANT.

M–436/437/438 September Term 2017
079683

December 8, 2017

## ORDER

It is ORDERED that the motions for relaxation of the Court Rules on copying requirements (M–436), and to file a reply brief (M–438) are granted; and it is further

ORDERED that the motion for leave to appeal (M–437) is denied.